UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re Lizette Padron, DebtorChapter 7, Case No. 21-40221-EDK

Janice G. Marsh, Trustee,
Plaintiff,

v.Adv. Proc. No. 21-4022

Robert E. Frawley,
Defendant

NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING

Janice G. Marsh, the trustee and the plaintiff, dismisses this adversary proceeding pursuant to F.R.Civ.P. 41(a)(1)(A)(i), made applicable by F.R. Bankr. P. 7041.[1]

Respectfully Submitted,

/s/ Janice G. Marsh
Janice G. Marsh, Esq.
Janice G. Marsh, LLC
210 Park Avenue, No. 356
Worcester, MA  01609
Telephone 978-621-4296
jgmarsh@janicegmarshllc.com
BBO No. 638575

CERTIFICATE OF SERVICE

**Mailing Information for Case**

**Electronic Mail Notice List**

- **Janice G. Marsh**JGMarsh@janicegmarshllc.com

**Served by Email in Lieu of USPS Mail**

robert@frawleylaw.com

/s/ Janice G. Marsh
Janice G. Marsh

---

[1] On Nov. 8, 2021, the court docketed the receipt of the filing fee of $350.00.

1